U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 NOV 24 A10 :44
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 09-CR-**09 CR-288** <br> [42 U.S.C. § 1383a(a)(2)] |
| ENNIS LEE HOWARD, | |
| Defendant. | |

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1.  On or about June 16, 2008, in the State and Eastern District of Wisconsin,

**ENNIS LEE HOWARD,**

knowingly and willfully made a false statement and representation of material fact for use by the Social Security Administration in determining rights to Supplemental Security Income payments.

2.  Specifically, on a Statement for Determining Continuing Eligibility for Supplemental Security Income Payments (Form SSA-8230-BK) (the "SSA Form"), dated June 16, 2008, the defendant falsely represented in response to question 16 that he had only one checking account with $0 in it. In truth and in fact, as the defendant well knew, at the time he completed the SSA Form he had one savings account and two checking accounts, the combined balances of which were over $2,000.

All in violation of Title 42, United States Code, Section 1383a(a)(2).

## COUNT TWO

### THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

1. On or about June 16, 2008, in the State and Eastern District of Wisconsin,

**ENNIS LEE HOWARD,**

knowingly and willfully made a false statement and representation of material fact for use by the Social Security Administration in determining rights to Supplemental Security Income payments.

2. Specifically, on a Statement for Determining Continuing Eligibility for Supplemental Security Income Payments (Form SSA-8230-BK) (the "SSA Form"), dated June 16, 2008, the defendant falsely represented that his name was on the title of only one vehicle, a 1998 Chevrolet Caprice. In truth and in fact, as the defendant well knew, at the time he completed the SSA Form, his name appeared on the title of a 2001 Lexus Sedan, a 2003 Dodge Ram Pickup Truck, and a 2003 Suzuki Motorcycle.

All in violation of Title 42, United States Code, Section 1383a(a)(2).

_____
MICHELLE L. JACOBS
United States Attorney

2